**Order entered February 20, 2105**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01472-CV

## IN THE INTEREST OF H.F. AND C.F., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-13-01148-W**

## ORDER
Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **GRANT** the December 19, 2014 motion of

Frank Adler for leave to withdraw as Father's appointed counsel on appeal.  We **DIRECT** the

Clerk of the Court to remove Frank Adler as counsel of record for Father. We **DIRECT** the

Clerk of the Court to send a copy of this order and all future correspondence to Edward Alan

Fears, 6431 Ridgecrest Rd. #106, Dallas, TX 75231.


/s/     MOLLY FRANCIS
        JUSTICE